In the Matter of the Arbitration between PRIMA PRODUCTS, INC., Respondent, and AQUELLA PRODUCTS, INC., Appellant.

Submitted May 26, 1952; decided June 6, 1952.

*Ira A. Campbell* and *Rufus Barringer* for appellant.

*Jack Hart* and *Joseph A. Bergadano* for respondent.

Orders reversed, without costs, and proceeding remitted to Special Term with directions to dismiss the motion solely upon the ground that the issues have become moot. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.